(May 7, 1956)

■ MARTIN BERK, Doing Business as PARAMOUNT BUILDING SUPPLY CO., Respondent, v. PAUL SIEGEL, Defendant, and WILLIAM GURIAN et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ BROOKLYN PROPERTIES, INC., Respondent, v. CARGO PACKERS, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.